

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

JOSE GUADALUPE RODRIGUEZ ELIZONDO

        VS.                          CAUSE NUMBER PD-1039-14

THE STATE OF TEXAS

## ORDER

The above styled and numbered cause was before this Court in Cause No. CR-3485-10-I from the 398TH District Court of Hidalgo County. On April 6, 2016, this Court issued an opinion reversing the Thirteenth Court of Appeals and remanding the case to the trial court for a new trial. Accordingly, the following exhibits are ordered returned to the District Clerk of Hidalgo County.

1. State's Exhibit # 135 ( DVD recording)
2. State's Exhibit # 136 ( DVD recording)
3. State's Exhibit # 137 ( DVD recording)
4. State's Exhibit # 112 ( DVD recording)

IT IS SO ORDERED THIS THE 3rd  DAY OF MAY, 2016

PER CURIAM

EN BANC

DO NOT PUBLISH